UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br>v.<br><br>LOUIS VALENTIN,<br><br>        *Defendant.* | Case No. 21-cr-702 (JEB) |

MOTION TO CONVERT IN-PERSON
HEARING TO VIDEO CONFERENCE

Mr. Louis Valentin currently has a plea hearing scheduled for February 16, 2023. The hearing is scheduled to be conducted in person. Mr. Valentin, through counsel, respectfully requests the Court convert the hearing to a video conference. The Government has represented that there is no objection to this request.

The agreement proposed by the Government is to a plea of guilty to Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G), a misdemeanor offense. Under Federal Rule of Criminal Procedure 43(b), the Court may conduct a plea hearing by video conference when "[t]he offense is punishable by fine or by imprisonment for not more than one year, or both, and with the defendant's written consent. . . ." Indeed, the Court may conduct the hearing "in the defendant's absence." *Id.*

In light of Rule 43 and given the continued risks associated with the COVID-19 pandemic and that an in-person hearing would require extensive travel for Mr. Valentin, he respectfully request the Court grant this motion and convert the

sentencing hearing to a video conference. Mr. Valentin's written consent is attached hereto.

                                    Respectfully submitted,

                                    A. J. Kramer
                                  Federal Public Defender

                                  */s/*
                                  Jose A. German
                                  Assistant Federal Public Defender
                                  625 Indiana Avenue, N.W., Suite 550
                                  Washington, D.C.  20004
                                  202-664-4458

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br> v.<br><br>LOUIS VALENTIN,<br><br>   *Defendant.* | Case No. 21-cr-702 (JEB) |

## LOUIS VALENTIN WRITTEN CONSENT

  I, Louis Valentin, having discussed my right with counsel to be present at all hearings, consent to conducting the February 16 plea hearing by video conference.

*Louis Valentin*
Louis Valentin